UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KNUTSON, | 1:14-cv-00448-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| KERN VALLEY STATE PRISON, | (Document# 10) |
| Defendant. | |

On April 30, 2014, Plaintiff filed a second application to proceed in forma pauperis. Plaintiff's application is moot in light of the fact that the Court granted Plaintiff leave to proceed in forma pauperis on April 29, 2014.  Accordingly, Plaintiff's second application is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: __**May 1, 2014**__              _____**/s/ Sheila K. Oberto**_____
                                                                UNITED STATES MAGISTRATE JUDGE

1